FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KING MOUNTAIN TOBACCO COMPANY, INC., a Washington profit corporation,<br><br>                  Plaintiff,<br><br>                  v.<br><br>RANDOLPH BARNHOUSE, an individual; BARNHOUSE KEEGAN SOLIMON & WEST LLP, a New Mexico Limited Liability Partnership,<br><br>                  Defendants. | No.   1:21-cv-03127-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

Pursuant to Federal Rule of Civil Procedure 26(c) and the parties' stipulation, **IT IS HEREBY ORDERED**:

    **1.**    The parties' Stipulated Protective Order, **ECF No. 13**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order.

//

//

//

//

//

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 1

//

//

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 17th day of May 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge