FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 27, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KING MOUNTAIN TOBACCO COMPANY, INC., a Washington corporation,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>RANDOLPH BARNHOUSE, an individual; BARNHOUSE KEEGAN SOLIMON & WEST LLP, a New Mexico Limited Liability Partnership,<br><br>　　　　　　　　　Defendants. | No.  1:21-CV-03127-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF No. 25** |

Before the Court is the parties' Stipulation of Dismissal with Prejudice, ECF No. 25.  The parties stipulate to the dismissal of Plaintiff's complaint, with prejudice and without an award of fees or costs to any party.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.  The stipulation is signed by all parties who have appeared.

ORDER - 1

Accordingly, **IT IS ORDERED:**

**1.** The parties' Stipulation of Dismissal with Prejudice, **ECF No. 25**, is **GRANTED**.

**2.** Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

**3.** Any pending motions are **DENIED as moot**.

**4.** All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this order, provide copies to counsel, and **CLOSE** the file.

**DATED** November 27, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2